**E-Filed 9/27/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUNG T. NGUYEN, | Case No. 5:09-cv-02916-JF |
| Plaintiff, | JUDGMENT |
| v. | |
| THE COMMISSIONER OF SSA, | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: 9/27/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:09-cv-02916-JF
JUDGMENT
(JFEX1)